**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RALSTON CHAMPAGNIE** | **CASE NO. 6:25-CV-01951** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ACADIAN ASSOCIATES LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed [ECF No. 36], this Court concludes that the Magistrate Judge's report and recommendation [ECF No. 34] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss for Insufficient Service of Process filed on behalf of Defendant Acadian Associates, LLC ("Acadian") [ECF No. 25] is hereby GRANTED. The claims against Acadian are DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE