**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RALSTON CHAMPAGNIE** | **CASE NO. 6:25-CV-01951** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ACADIAN ASSOCIATES LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation [ECF No. 35] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss for Failure to State a Claim filed on behalf of Defendant Standard Enterprise, Inc. ("SEI") [ECF No. 20] is DENIED WITHOUT PREJUDICE. Plaintiff is hereby ordered to file a second amended complaint within fourteen (14) days of this Judgment. The amended complaint shall comply with Rules 8 and 10, shall be limited to fifteen (15) pages, shall not contain legal argument or narrative, and shall set forth concise factual allegations and claims for relief in numbered paragraphs. If Plaintiff fails to comply with this Order, the Court could dismiss this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b). If

Plaintiff does not wish to file an amended complaint, he may request voluntary dismissal of these claims pursuant to Fed. R. Civ. P. 41(a).

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE